STATE OF NEW JERSEY v. FRANK DARBY.

October 15, 1986.

Petition for certification denied. (See 211 *N.J.Super.* 367)

STATE OF NEW JERSEY v. JOHN BATES.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. AL-TARIQ JOCOBS.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK MANN.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR F. HIMMELWRIGHT.

October 15, 1986.

Petition for certification denied.